DATE 11/25/2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

11/25/2015 3:37:24 PM

CHRISTOPHER A. PRINE
Clerk

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

TO:     1ST COURT OF APPEALS

From:     Deputy Clerk: DUANE C. GILMORE
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/17/2015 5:23:16 PM

CHRISTOPHER A. PRINE
Clerk

| |
|---|
| **CAUSE: 2009-51784   TRIAL COURT NO: 190TH   DUE DATE: 2/18/2016** |
| **VOLUME     PAGE         OR        IMAGE #:67586609** |
| **ATTORNEY: GLENN HERBERT JOHNSON TBN/PRO SE#: 1 (Pro Se)** |
| **NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE FIRST COURT OF APPEALS** |
| **DATE ORDER SIGNED: 10/21/2015** |
| **REQUEST TRANSCRIPT DATE FILED       N/A** |
| **NOTICE OF APPEAL DATE FILED:  11/10/2015** |
| **NOTICE OF APPEAL PREVIOUSLY FILED? N** |
| **NUMBER OF DAYS: ( CLERKS RECORD ) 120** |
| **FILE ORDERED:  YES ☐   NO ☒   IMAGED FILED:   YES ☒   NO ☐** |
| **MOTION FOR NEW TRIAL FILE DATE: OCTOBER 8, 2015** |
| **NOTES: Codes: BC, C, OA; Previous Appellate No: 01-14-00383-CV (2013-08713)** |

CHRIS DANIEL
Harris County, District Clerk

By:  /s/ DUANE C. GILMORE
DUANE C. GILMORE, Deputy

BC      NOTICE OF APPEAL FILED
BG      NOTICE OF APPEAL FILED – GOVERNMENT
C       JUDGMENT BEING APPEALED
D -     ACCELERATED APPEAL
OA      NO CLERK'S RECORD REQUEST FILED W/NOTICE OF APPEAL
O       CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA      AMENDED NOTICE OF APPEAL

**CAUSE NO. 2009-51784**

| | | |
|---|---|---|
| **HARRIS COUNTY, ET AL** | § | **IN THE DISTRICT COURT OF** |
| *Plaintiff* | § | |
| | § | |
| vs. | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **GLENN HERBERT JOHNSON** | § | |
| *Defendant* | § | **190th JUDICIAL DISTRICT** |


## DEFENDANT GLENN HERBERT JOHNSON's NOTICE OF APPEAL


**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, GLENN HERBERT JOHNSON, the Plaintiff in the above entitled and numbered cause and **GIVES NOTICE** that Plaintiff appeals from the 190th Judicial District Court's Order, titled, "FINAL JUDGMENT FOR THE PLAINTIFF, INTERLOCUTORY DEFAULT JUDGMENT and ORDER GRANTING SALE OF PROPERTY",  signed on October 21, 2015, by The Honorable Patricia J. Kerrigan.

- On September 30, 2015, the Honorable Kelli Elam, the Master in Chancery reported to the District Court that a FINAL JUDGMENT should be GRANTED, in Cause No. 2009-51784, on the basis of the record.

- On October 8, 2015, Defendant Glenn Herbert Johnson filed his **DEFENDANT's MOTION FOR NEW TRIAL.**

- Plaintiff's **REQUEST for FINDINGS OF FACT AND CONCLUSIONS OF LAW** With Respect To Order Granting LINEBARGER DEFENDANTS' PLEA TO THE JURISDICTION AND SPECIAL EXCEPTIONS TO PLAINTIFF'S ORIGINAL PETITON was timely filed with the 190th Judicial District Court on November 10, 2015.

**This is an Accelerated Appeal under the Texas Rules of Appellate Procedure, 28.1.**

Plaintiff's **AFFIDAVIT OF INABILITY TO PAY COSTS**, allowing Plaintiff to proceed as a Pauper, is in file with the Harris County District Clerk, under Cause No. **2013-08713**, Cause No. **2015-00723**, Cause No. **2015-02806** and Court of Appeals Cause No. **01-14-00383-CV**.

This **NOTICE OF APPEAL** is filed within the fifteen day grace period for <u>perfecting appeals</u> which implies that Plaintiff intended to request an extension.
**See**: *Tex. R. App. P. 26.3; Verburgt v. Dorner, 959 S.W. 2d 615, 617 (Tex. 1997)*

Respectfully submitted,

Glenn <u>Herbert</u> Johnson, Plaintiff, ***Pro Se***
<u>8926</u> Daffodil Street
Houston, Texas 77063
**email:** *<u>Prairie_View_Grad@yahoo.com</u>*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this, Defendant's **NOTICE OF APPEAL** was forwarded to the person listed below, by email transmission, on Tuesday, November 10, 2015.

**Herbert** "Trey" **A. Stone, III**
Texas State Bar No. 24041980
Linebarger Goggan Blair & Sampson, LLP,
4828 Loop Central Drive, Suite 600
Houston, Texas 77081
Email: *Herbert.Stone@lgbs.com*

Certified by:

Glenn Herbert Johnson, Plaintiff, *Pro Se*
8926 Daffodil Street
Houston, Texas 77063
Email: *Prairie_View_Grad@yahoo.com*

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.



SUIT NO. 200951784

| | | |
|---|---|---|
| HARRIS COUNTY, ET AL | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 190TH JUDICIAL DISTRICT |
| | § | |
| GLENN HERBERT JOHNSON, ET AL | § | HARRIS COUNTY, TEXAS |

## FINAL JUDGMENT

On the **30th day of September, 2015,** this cause being called in its regular order, came the Plaintiff Taxing Unit(s) whether Plaintiff(s), Intervenor(s) or Impleaded Plaintiff(s), to wit:

**Plaintiff(s):**

**HARRIS COUNTY for itself and for the other county wide taxing authorities named herein below**

**CITY OF HOUSTON**

**HOUSTON INDEPENDENT SCHOOL DISTRICT (HOUSTON ISD)**

**HOUSTON COMMUNITY COLLEGE SYSTEM (HCCS)**

FILED
Chris Daniel
District Clerk

SEP 30 2015
Time:_____11:15 a m
Harris County, Texas
By_____
Deputy

Harris County collects on behalf of itself and certain county-wide taxing authorities which are the Harris County Department of Education, the Port of Houston Authority of Harris County, the Harris County Flood Control District, and the Harris County Hospital District, all of which are included within the references to Harris County made herein.

The defendant(s) are as follows: *In Rem Only as to years 2013, 2014 and 2015)*

**Glenn Herbert Johnson** ^who **has answered and has been duly notified of trial and who has appeared/~~failed to appear~~ in court.**

**Earth Engineering, Inc. (In Rem Only) who was duly served with citation which has been returned to this court and has been on file for more than ten (10) days, failed to appear or answer and wholly made default.**

Said cause came on for trial and no jury was demanded. All matters of controversy, both of fact and of law, were submitted to the Court. The Court, after considering the pleadings, evidence, and arguments of

counsel, grants judgment as follows:

IT IS ORDERED that Plaintiff Taxing Unit(s) shall not be granted any monetary relief against any defendant(s) identified as IN REM ONLY herein above.

IT IS ORDERED that the Plaintiff Taxing Unit(s) recover of and from the Defendant(s), as indicated above, the total sums of money set out below, which claims are secured by tax liens against the property hereinafter described:

ACCOUNT NUMBER: 0770690020009

LEGAL DESCRIPTION: THE EAST 1/2 OF LOT 5 IN BLOCK 2 OF HARLEM HEIGHTS SUBDIVISION, A SUBDIVISION IN HARRIS COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 32, PAGE 46 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

HCAD DESCRIPTION: TR 5 BLK 2 HARLEM HEIGHTS

ADJUDGED MARKET VALUE: $56,645.00

| | Tax Years | Delinquent Base Tax | Penalty & Interest | 33.48 Atty Fees | Research Fee | Total |
|---|---|---|---|---|---|---|
| HARRIS COUNTY | 1989 - 2014 | $5,849.35 | $9,986.66 | $394.16 | $.00 | $16,230.17 |
| CITY OF HOUSTON | 1989 - 2014 | $5,959.63 | $10,714.60 | $.00 | $.00 | $16,674.23 |
| HOUSTON ISD | 1989 - 2014 | $11,019.75 | $18,716.96 | $.00 | $.00 | $29,736.71 |
| HCCS | 1989 - 2014 | $760.92 | $1,191.68 | $.00 | $.00 | $1,952.60 |

IT IS ORDERED that Plaintiff Taxing Unit(s) do have and recover from the Defendant(s) interest at the rate of one (1%) percent per month on the base tax amount for **2014** and prior tax years beginning **October 01, 2015** until paid.

IT IS ORDERED that the Plaintiff Taxing Unit(s), do have and recover from the Defendant(s), all court costs that have been, and will be incurred in the prosecution of this cause. All costs of court shall be paid by the Defendant(s), for which let execution issue.

IT IS ORDERED that title research fees incurred herein by LINEBARGER GOGGAN BLAIR & SAMPSON, LLP (hereinafter Linebarger), attorneys for certain Plaintiff Taxing Unit(s), for determining the name, identity and location of necessary parties and in procuring the legal description of the subject property in the amount of **$250.00** be paid by the Defendant(s), for which let execution issue.

IT IS ORDERED that **Kelli Elam,** Tax Master be awarded THIRTY-FIVE DOLLARS (**$35.00**) as a Tax Master Fee and that such amount be taxed against defendant(s) as costs in this cause.

IT IS ORDERED that the following taxing units, having been joined herein but having failed to plead and prove their claims for delinquent taxes on the above described real property, shall have their tax liens on such property extinguished for all delinquent taxes due, as of the date of this judgment, pursuant to the provisions of the Texas Property Tax Code, to wit:

**NONE**

IT IS ORDERED that a tax lien against each of the above-described real property secures the payment of all taxes, penalties, interest, title research fees, attorney fees, city liens, and court costs, attributable to each of said real property. Such tax lien(s) are prior and superior to all claims, right, title, interest, or lien(s) asserted by any Defendant(s) herein. Plaintiff Taxing Unit(s) shall have foreclosure of said tax lien(s) on each of said real property against Defendant(s) or any person(s) claiming through said Defendant(s) by any right, title or interest acquired during the pendency of this suit. Further, said property is ORDERED SOLD in satisfaction of the amount of the judgment. The Clerk of this court is directed to issue an order of sale, upon the request of any Plaintiff Taxing Unit(s) that is a party to this suit, commanding that any Sheriff or any Constable of the State of Texas seize, levy upon, advertise for sale, and sell said real property to the highest bidder for cash, as under execution, pursuant to the provisions of the Texas Property Tax Code.

IT IS ORDERED that the property may be sold to a taxing unit that is a party to the suit or any other person, other than a person owning an interest in the property or any party to the suit that is not a taxing unit, for the adjudged market value of the property stated in the judgment or the aggregate amount of the judgments against the property, whichever is less.

IT IS ORDERED that if the property is sold for the adjudged market value, the net proceeds shall belong and be distributed to all taxing units which were parties to this suit and which have been adjudged to have tax liens against said property, pro rata and in proportion to the amounts of their respective tax liens as established in this judgment.

IT IS ORDERED that any excess in the proceeds of sale and above the amount necessary to defray the costs of suit, sale, other expenses made chargeable in this suit against such proceeds and to fully discharge the judgments against said property, shall be paid to the clerk of this Court and be retained by said clerk for disposition to any parties legally entitled thereto in accordance with the terms and provisions of the Texas Property Tax Code.

IT IS ORDERED that the clerk of this court shall issue a writ of possession, as authorized by law, to the

purchaser at the foreclosure sale or his heirs, executors, administrators or assigns pursuant to the Texas Property Tax Code.

IT IS ORDERED that Plaintiff Taxing Unit(s) are allowed all such writs and processes as may be necessary in the enforcement and collection of this judgment.

IT IS ORDERED that this Judgment is in all things without prejudice to the authority and power of Plaintiff Taxing Unit(s) to hereinafter levy and collect taxes or to maintain a suit or suits to enforce and recover any taxes for the **2015** tax year and/or subsequent tax years on the property herein described.

IT IS ORDERED that all parties heretofore named in any pleadings filed by any party and not included in this judgment, and any property set out in previous pleadings but not included in this judgment, are hereby dismissed without prejudice to the right to refile their claims. Any other relief previously requested and not herein granted is expressly denied.

IT IS ORDERED that for all the above recovery, let execution issue. This judgment finally disposes of all parties and all claims and is appealable.

Signed this the ____2l____ day of ____October____, 20 _l5_.

_____
JUDGE PRESIDING

Submitted by:

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
Houston, TX 77253-3064
(713) 844-3580, (713) 844-3502 - Fax

_____
Herbert "Trey" A. Stone, III
State Bar No. 24041980
herbert.stone@lgbs.com
Attorney for Plaintiff(s)

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Final Judgment was mailed, faxed or hand-delivered to all opposing counsel and other parties listed below who have made an appearance in this suit pursuant to rule 21(a) T.R.C.P. on the 30th day of September, 2015.

**Defendant:**
Glenn Herbert Johnson
8926 Daffodil St
Houston, TX 77063-5536 (certified mail)

**Defendant:**
Glenn Herbert Johnson
8926 Daffodil Street
Houston, TX 77063 (certified mail)

**Defendant:**
Earth Engineering, Inc.
Mohammed A. Shihadeh, Registered Agent
4877 Langfield Rd.
Houston, TX 77040 (certified mail)

**Defendant:**
Earth Engineering, Inc.
Mohammed A. Shihadeh, Registered Agent
4877 Langfield
Houston, TX 77040 (certified mail)

Herbert "Trey" A. Stone, III
State Bar No. 24041980
herbert.stone@lgbs.com
Attorney Certifying

## CERTIFICATE OF LAST KNOWN MAILING ADDRESS

Pursuant to rule 239(a), T.R.C.P., I do hereby certify that the address of any defaulting defendant named below is the last known address for that defendant as of the 30th day of September, 2015.

Earth Engineering, Inc.
Mohammed A. Shihadeh, Registered Agent
4877 Langfield Rd.
Houston, TX 77040

Earth Engineering, Inc.
Mohammed A. Shihadeh, Registered Agent
4877 Langfield
Houston, TX 77040

Herbert "Trey" A. Stone, III
State Bar No. 24041980
herbert.stone@lgbs.com
Attorney Certifying

| | | |
|---|---|---|
| HARRIS COUNTY, ET AL | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 190TH JUDICIAL DISTRICT |
| | § | |
| GLENN HERBERT JOHNSON, ET AL | § | HARRIS COUNTY, TEXAS |

## AFFIDAVIT OF ABSTRACTOR'S FEES

BEFORE ME, THE UNDERSIGNED AUTHORITY, on the day personally appeared Herbert "Trey" A. Stone, III and upon being duly sworn by me, deposes and says:

### I.

My name is **Herbert "Trey" A. Stone, III;** I am an attorney licensed to practice law in the State of Texas. I am over 21 years of age, of sound mind, and capable of making this affidavit. The facts stated herein are within my personal knowledge and are true and correct.

### II.

I am an attorney in the law firm of **LINEBARGER GOGGAN BLAIR & SAMPSON, LLP,** Plaintiff's counsel in this cause.

### III.

In the prosecution of this lawsuit, the Plaintiff(s) have incurred certain expenses, herein after referred to as Abstractor's Fees, in determining the name, identity, and location of necessary parties and in procuring necessary legal descriptions of the property on which delinquent taxes are due. Pursuant to Section 33.48(a)(4) of the Texas Property Tax Code, Plaintiff(s) is entitled to recover said Abstractor's Fees, which in this case is **$250.00.** This fee is a reasonable and necessary fee for such service.

Further affiant sayeth not."

Herbert "Trey" A. Stone, III
State Bar No. 24041980
herbert.stone@lgbs.com

SUBSCRIBED AND SWORN TO before me on this 29th day of September, 2015.

Notary Public in and for the State of Texas

LAUREN LEE
Notary Public, State of Texas
My Commission Expires
August 09, 2017

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL

**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON, SUITE 100**
**HOUSTON, TEXAS 77002**

HARRIS COUNTY
EXHIBIT A

**Certified Owner:**
JOHNSON GLENN
ADDRESS UNKNOWN
UNKNOWN, 0-

**Legal Description:**
TR 5 BLK 2
HARLEM HEIGHTS

**Account No: 077-069-002-0009**
As of Date: 09/25/2015    APPR. DIST#: 0770690020009
Cause No : 200951784 Suit

Legal Acres:     .1148
Parcel Address:  8918 DAFFODIL ST
Print Date:      09/25/2015     Printed By: MGARCIA
2014 Value:      $56,645

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|---|---|---|---|---|---|---|
| 1989 | $21,690 | 1 | $191.28 | $732.61 | $0.00 | $923.89 |
| | S21,690 | 40 | $70.71 | $226.27 | $44.55 | $341.53 |
| | $21,690 | 41 | $11.12 | $35.58 | $7.01 | $53.71 |
| | $21,690 | 42 | $2.75 | $8.80 | $1.73 | $13.28 |
| | $21,690 | 43 | $36.05 | $115.36 | $22.71 | $174.12 |
| | $21,690 | 44 | $0.83 | $2.66 | $0.52 | $4.01 |
| | $21,690 | 48 | $5.32 | $20.37 | $0.00 | $25.69 |
| | $21,690 | 61 | $136.65 | $523.37 | $0.00 | $660.02 |
| **Subtotals for 1989:** | | | **$454.71** | **$1,665.02** | **$76.52** | **$2,196.25** |
| 1990 | $21,690 | 1 | $216.90 | $800.79 | $0.00 | $1,017.69 |
| | $21,690 | 40 | $68.29 | $210.33 | $41.79 | $320.41 |
| | $21,690 | 41 | $13.42 | $41.33 | $8.21 | $62.96 |
| | $21,690 | 42 | $2.88 | $8.87 | $1.76 | $13.51 |
| | $21,690 | 43 | $36.05 | $111.03 | $22.06 | $169.14 |
| | $21,690 | 44 | $0.83 | $2.56 | $0.51 | $3.90 |
| | $21,690 | 48 | $5.32 | $19.65 | $0.00 | $24.97 |
| | $21,690 | 61 | $136.65 | $504.51 | $0.00 | $641.16 |
| **Subtotals for 1990:** | | | **$480.34** | **$1,699.07** | **$74.33** | **$2,253.74** |
| 1991 | S23,590 | 1 | $63.69 | $226.35 | $0.00 | $290.04 |
| | $23,590 | 40 | $75.93 | $224.75 | $45.10 | $345.78 |
| | $23,590 | 41 | $12.45 | $36.85 | $7.40 | $56.70 |
| | $23,590 | 42 | $3.61 | $10.69 | $2.15 | $16.45 |
| | $23,590 | 43 | $46.29 | $137.02 | $27.50 | $210.81 |
| | $23,590 | 44 | $0.93 | $2.75 | $0.55 | $4.23 |
| | $23,590 | 48 | $11.80 | $41.94 | $0.00 | $53.74 |
| | $23,590 | 61 | $148.62 | $528.20 | $0.00 | $676.82 |
| | $23,590 | 202 | $184.00 | $653.94 | $0.00 | $837.94 |
| **Subtotals for 1991:** | | | **$547.32** | **$1,862.49** | **$82.70** | **$2,492.51** |
| 1992 | S23,590 | 40 | $77.63 | $220.47 | $44.72 | $342.82 |
| | $23,590 | 41 | $13.19 | $37.46 | $7.60 | $58.25 |
| | $23,590 | 42 | $3.53 | $10.03 | $2.03 | $15.59 |
| | $23,590 | 43 | $46.29 | $131.46 | $26.66 | $204.41 |
| | $23,590 | 44 | $0.98 | $2.78 | $0.56 | $4.32 |
| | $23,590 | 48 | $12.69 | $43.35 | $0.00 | $56.04 |
| | $23,590 | 61 | $148.62 | $507.69 | $0.00 | $656.31 |

30.1.11

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON, SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**
JOHNSON GLENN
ADDRESS UNKNOWN
UNKNOWN,   0-

**Legal Description:**
TR 5 BLK 2
HARLEM HEIGHTS

**Account No: 077-069-002-0009**

As of Date:  09/25/2015      APPR. DIST#: 0770690020009
Cause No :  200951784 Suit

**Legal Acres:**  .1148
**Parcel Address:**  8918 DAFFODIL ST
**Print Date:**  09/25/2015      **Printed By:** MGARCIA
**2014 Value:**  $56,645

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|------|----------------|-----------|--------------|----------------------|-----------------|-------|
| | **Subtotals for 1992:** | | **$302.93** | **$953.24** | **$81.57** | **$1,337.74** |
| 1993 | $23,590 | 40 | $79.86 | $217.22 | $44.56 | $341.64 |
| | $23,590 | 41 | $13.13 | $35.71 | $7.33 | $56.17 |
| | $23,590 | 42 | $2.88 | $7.83 | $1.61 | $12.32 |
| | $23,590 | 43 | $44.76 | $121.75 | $24.98 | $191.49 |
| | $23,590 | 44 | $1.01 | $2.75 | $0.56 | $4.32 |
| | $23,590 | 48 | $12.93 | $42.39 | $0.00 | $55.32 |
| | $23,590 | 61 | $148.62 | $487.18 | $0.00 | $635.80 |
| | **Subtotals for 1993:** | | **$303.19** | **$914.83** | **$79.04** | **$1,297.06** |
| 1994 | $23,590 | 40 | $85.59 | $268.75 | $0.00 | $354.34 |
| | $23,590 | 41 | $14.75 | $46.32 | $0.00 | $61.07 |
| | $23,590 | 42 | $3.10 | $9.73 | $0.00 | $12.83 |
| | $23,590 | 43 | $43.29 | $135.93 | $0.00 | $179.22 |
| | $23,590 | 44 | $1.10 | $3.45 | $0.00 | $4.55 |
| | $23,590 | 48 | $13.84 | $43.45 | $0.00 | $57.29 |
| | $23,590 | 61 | $156.87 | $492.57 | $0.00 | $649.44 |
| | **Subtotals for 1994:** | | **$318.54** | **$1,000.20** | **$0.00** | **$1,318.74** |
| 1995 | $23,590 | 1 | $326.49 | $980.13 | $0.00 | $1,306.62 |
| | $23,590 | 40 | $95.97 | $288.11 | $0.00 | $384.08 |
| | $23,590 | 41 | $17.93 | $53.83 | $0.00 | $71.76 |
| | $23,590 | 42 | $3.03 | $9.09 | $0.00 | $12.12 |
| | $23,590 | 43 | $29.21 | $87.69 | $0.00 | $116.90 |
| | $23,590 | 44 | $1.21 | $3.63 | $0.00 | $4.84 |
| | $23,590 | 48 | $13.84 | $41.54 | $0.00 | $55.38 |
| | $23,590 | 61 | $156.87 | $470.93 | $0.00 | $627.80 |
| | **Subtotals for 1995:** | | **$644.55** | **$1,934.95** | **$0.00** | **$2,579.50** |
| 1996 | $23,590 | 1 | $326.49 | $935.07 | $0.00 | $1,261.56 |
| | $23,590 | 40 | $100.89 | $288.95 | $0.00 | $389.84 |
| | $23,590 | 41 | $17.51 | $50.14 | $0 00 | $67.65 |
| | $23,590 | 42 | $3.77 | $10.80 | $0.00 | $14.57 |
| | $23,590 | 43 | $29.21 | $83.66 | $0.00 | $112.87 |
| | $23,590 | 44 | $1.33 | $3.81 | $0.00 | $5.14 |
| | $23,590 | 48 | $14.90 | $42.67 | $0 00 | $57.57 |
| | $23,590 | 61 | $156.87 | $449 27 | $0 00 | $606.14 |
| | **Subtotals for 1996:** | | **$650.97** | **$1,864.37** | **$0.00** | **$2,515.34** |

30.1.11



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON, SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**

JOHNSON GLENN
ADDRESS UNKNOWN
UNKNOWN,   0-

**Legal Description:**

TR 5 BLK 2
HARLEM HEIGHTS

**Legal Acres:**   .1148

**Account No: 077-069-002-0009**

**Parcel Address:**   8918 DAFFODIL ST

As of Date:   09/25/2015   APPR. DIST#: 0770690020009

**Print Date:**   09/25/2015   Printed By:   MGARCIA

Cause No :   200951784 Suit

**2014 Value:**   $56,645

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|------|-----------------|-----------|--------------|----------------------|-----------------|-------|
| 1997 | $25,040 | 1 | $346.55 | $944.69 | $0.00 | $1,291.24 |
|  | $25,040 | 40 | $104.83 | $285.77 | $0.00 | $390.60 |
|  | $25,040 | 41 | $19.95 | $54.39 | $0.00 | $74.34 |
|  | $25,040 | 42 | $4.91 | $13.39 | $0.00 | $18.30 |
|  | $25,040 | 43 | $31.00 | $84.51 | $0.00 | $115.51 |
|  | $25,040 | 44 | $1.53 | $4.17 | $0.00 | $5.70 |
|  | $25,040 | 48 | $16.56 | $45.14 | $0.00 | $61.70 |
|  | $25,040 | 61 | $166.52 | $453.93 | $0.00 | $620.45 |
|  | **Subtotals for 1997:** | | **$691.85** | **$1,885.99** | **$0.00** | **$2,577.84** |
| 1998 | $25,040 | 1 | $365.33 | $945.47 | $0.00 | $1,310.80 |
|  | $25,040 | 40 | $104.32 | $269.98 | $0.00 | $374.30 |
|  | $25,040 | 41 | $20.03 | $51.83 | $0.00 | $71.86 |
|  | $25,040 | 42 | $5.34 | $13.82 | $0.00 | $19.16 |
|  | $25,040 | 43 | $31.00 | $80.23 | $0.00 | $111.23 |
|  | $25,040 | 44 | $1.53 | $3.96 | $0.00 | $5 49 |
|  | $25,040 | 48 | $16.56 | $42.86 | $0.00 | $59.42 |
|  | $25,040 | 61 | $166.52 | $430.95 | $0.00 | $597.47 |
|  | **Subtotals for 1998:** | | **$710.63** | **$1,839.10** | **$0.00** | **$2,549.73** |
| 1999 | $26,530 | 1 | $387.07 | $948.32 | $0.00 | $1,335.39 |
|  | $26,530 | 40 | $104.75 | $256.64 | $0.00 | $361.39 |
|  | $26,530 | 41 | $21.22 | $51.99 | $0.00 | $73.21 |
|  | $26,530 | 42 | $5.41 | $13.25 | $0.00 | $18.66 |
|  | $26,530 | 43 | $38.87 | $95.23 | $0.00 | $134.10 |
|  | $26,530 | 44 | $1.67 | $4.09 | $0.00 | $5.76 |
|  | $26,530 | 48 | $18.53 | $45.40 | $0.00 | $63.93 |
|  | $26,530 | 61 | $176.42 | $432.23 | $0.00 | $608.65 |
|  | **Subtotals for 1999:** | | **$753.94** | **$1,847.15** | **$0.00** | **$2,601.09** |
| 2000 | $26,530 | 1 | $402.99 | $931.71 | $0.00 | $1,334.70 |
|  | $26,530 | 40 | $95.25 | $220.22 | $0.00 | $315.47 |
|  | $26,530 | 41 | $16.38 | $37.87 | $0.00 | $54.25 |
|  | $26,530 | 42 | $4.85 | $11.22 | $0.00 | $16.07 |
|  | $26,530 | 43 | $53.77 | $124.32 | $0 00 | $178.09 |
|  | $26,530 | 44 | $1.67 | $3.86 | $0.00 | $5.53 |
|  | $26,530 | 48 | $21.84 | $50.50 | $0.00 | $72.34 |
|  | $26,530 | 61 | $173.77 | $401.76 | $0.00 | $575.53 |



MIKE SULLIVAN
HARRIS COUNTY TAX ASSESSOR-COLLECTOR
1001 PRESTON, SUITE 100
HOUSTON, TEXAS 77002

**Certified Owner:**

JOHNSON GLENN
ADDRESS UNKNOWN
UNKNOWN,   0-

**Legal Description:**

TR 5 BLK 2
HARLEM HEIGHTS

| | |
|---|---|
| Legal Acres: | .1148 |

**Account No: 077-069-002-0009**

As of Date:   09/25/2015      APPR. DIST#: 0770690020009
Cause No :  200951784 Suit

| | | |
|---|---|---|
| Parcel Address: | 8918 DAFFODIL ST | |
| Print Date: | 09/25/2015 | Printed By:  MGARCIA |
| 2014 Value: | $56,645 | |

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|---|---|---|---|---|---|---|
| | Subtotals for 2000: | | $770.52 | $1,781.46 | $0.00 | $2,551.98 |
| 2001 | $30,940 | 1 | $488.85 | $1,130.23 | $0.00 | $1,619.08 |
| | $30,940 | 40 | $118.79 | $274.64 | $0.00 | $393.43 |
| | $30,940 | 41 | $14.72 | $34.04 | $0.00 | $48.76 |
| | $30,940 | 42 | $5.65 | $13.06 | $0.00 | $18.71 |
| | $30,940 | 43 | $58.85 | $136.07 | $0.00 | $194.92 |
| | $30,940 | 44 | $1.95 | $4.51 | $0.00 | $6.46 |
| | $30,940 | 48 | $25.16 | $58.17 | $0.00 | $83.33 |
| | $30,940 | 61 | $202.66 | $468.55 | $0.00 | $671.21 |
| | Subtotals for 2001: | | $916.63 | $2,119.27 | $0.00 | $3,035.90 |
| 2002 | $30,940 | 1 | $488.85 | $1,059.82 | $0.00 | $1,548.67 |
| | $30,940 | 40 | $120.09 | $260.36 | $0.00 | $380.45 |
| | $30,940 | 41 | $12.91 | $27.99 | $0.00 | $40.90 |
| | $30,940 | 42 | $6.15 | $13.34 | $0.00 | $19.49 |
| | $30,940 | 43 | $58.85 | $127.58 | $0.00 | $186.43 |
| | $30,940 | 44 | $1.95 | $4.23 | $0.00 | $6.18 |
| | $30,940 | 48 | $25.16 | $54.54 | $0.00 | $79.70 |
| | $30,940 | 61 | $202.66 | $439.36 | $0.00 | $642.02 |
| | Subtotals for 2002: | | $916.62 | $1,987.22 | $0.00 | $2,903.84 |
| 2003 | $31,250 | 1 | $493.75 | $999.35 | $0.00 | $1,493.10 |
| | $31,250 | 40 | $121.26 | $245.44 | $0.00 | $366.70 |
| | $31,250 | 41 | $13.04 | $26.39 | $0.00 | $39.43 |
| | $31,250 | 42 | $6.25 | $12.65 | $0.00 | $18.90 |
| | $31,250 | 43 | $59.44 | $120.31 | $0.00 | $179.75 |
| | $31,250 | 44 | $1.97 | $3.98 | $0.00 | $5.95 |
| | $31,250 | 48 | $25.42 | $51.45 | $0.00 | $76.87 |
| | $31,250 | 61 | $204.69 | $414.29 | $0.00 | $618.98 |
| | Subtotals for 2003: | | $925.82 | $1,873.86 | $0.00 | $2,799.68 |
| 2004 | $31,340 | 1 | $501.13 | $942.12 | $0.00 | $1,443.25 |
| | $31,340 | 40 | $125.32 | $235.60 | $0.00 | $360.92 |
| | $31,340 | 41 | $10.40 | $19.55 | $0.00 | $29.95 |
| | $31,340 | 42 | $5.24 | $9.86 | $0.00 | $15.10 |
| | $31,340 | 43 | $59.61 | $112.06 | $0.00 | $171.67 |
| | $31,340 | 44 | $1.97 | $3.71 | $0.00 | $5.68 |
| | $31,340 | 48 | $30.08 | $56.55 | $0.00 | $86.63 |



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON, SUITE 100**
**HOUSTON, TEXAS 77002**

Certified Owner:
JOHNSON GLENN
ADDRESS UNKNOWN
UNKNOWN,   0-

Legal Description:
TR 5 BLK 2
HARLEM HEIGHTS

Legal Acres:    .1148

**Account No: 077-069-002-0009**

Parcel Address:   8918 DAFFODIL ST

As of Date:    09/25/2015     APPR. DIST#: 0770690020009

Print Date:     09/25/2015       Printed By:  MGARCIA

Cause No :  200951784 Suit

2014 Value:      $56,645

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|------|-----------------|-----------|--------------|----------------------|-----------------|-------|
| 2004 | $31,340 | 61 | $203.71 | $382.97 | $0.00 | $586.68 |
| **Subtotals for 2004:** | | | **$937.46** | **$1,762.42** | **$0.00** | **$2,699.88** |
| 2005 | $31,340 | 1 | $507.71 | $881.39 | $0.00 | $1,389.10 |
|  | $31,340 | 40 | $125.32 | $217.56 | $0.00 | $342.88 |
|  | $31,340 | 41 | $10.41 | $18.07 | $0.00 | $28.48 |
|  | $31,340 | 42 | $4.62 | $8.02 | $0.00 | $12.64 |
|  | $31,340 | 43 | $60.22 | $104.54 | $0.00 | $164.76 |
|  | $31,340 | 44 | $1.97 | $3.42 | $0.00 | $5.39 |
|  | $31,340 | 48 | $30.01 | $52.09 | $0.00 | $82.10 |
|  | $31,340 | 61 | $202.93 | $352.29 | $0.00 | $555.22 |
| **Subtotals for 2005:** | | | **$943.19** | **$1,637.38** | **$0.00** | **$2,580.57** |
| 2006 | $41,410 | 1 | $611.09 | $972.85 | $0.00 | $1,583.94 |
|  | $41,410 | 40 | $166.63 | $265 27 | $0.00 | $431.90 |
|  | $41,410 | 41 | $13.42 | $21.37 | $0.00 | $34.79 |
|  | $41,410 | 42 | $5.39 | $8.58 | $0.00 | $13.97 |
|  | $41,410 | 43 | $79.57 | $126.67 | $0.00 | $206.24 |
|  | $41,410 | 44 | $2.60 | $4.14 | $0.00 | $6.74 |
|  | $41,410 | 48 | $39.41 | $62.75 | $0.00 | $102.16 |
|  | $41,410 | 61 | $267.09 | $425.20 | $0.00 | $692.29 |
| **Subtotals for 2006:** | | | **$1,185.20** | **$1,886.83** | **$0.00** | **$3,072.03** |
| 2007 | $57,480 | 1 | $664.87 | $962.73 | $0.00 | $1,627.60 |
|  | $57,480 | 40 | $225.55 | $326.59 | $0.00 | $552.14 |
|  | $57,480 | 41 | $17.85 | $25.84 | $0.00 | $43.69 |
|  | $57,480 | 42 | $8.26 | $11.96 | $0.00 | $20 22 |
|  | $57,480 | 43 | $110.45 | $159.93 | $0.00 | $270.38 |
|  | $57,480 | 44 | $3.36 | $4.86 | $0.00 | $8.22 |
|  | $57,480 | 48 | $53.13 | $76.94 | $0.00 | $130.07 |
|  | $57,480 | 61 | $370.03 | $535.80 | $0.00 | $905.83 |
| **Subtotals for 2007:** | | | **$1,453.50** | **$2,104.65** | **$0.00** | **$3,558.15** |
| 2008 | $54,017 | 1 | $624.81 | $814.76 | $0.00 | $1,439.57 |
|  | $54,017 | 40 | $210.25 | $274.17 | $0.00 | $484.42 |
|  | $54,017 | 41 | $16.67 | $21.74 | $0.00 | $38.41 |
|  | $54,017 | 42 | $9.58 | $12.49 | $0.00 | $22.07 |
|  | $54,017 | 43 | $103.80 | $135.36 | $0.00 | $239.16 |
|  | $54,017 | 44 | $3.15 | $4.11 | $0.00 | $7.26 |

30.1.11



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON, SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**

JOHNSON GLENN
ADDRESS UNKNOWN
UNKNOWN,   0-

**Legal Description:**

TR 5 BLK 2
HARLEM HEIGHTS

**Legal Acres:**    .1148

**Account No: 077-069-002-0009**

As of Date:   09/25/2015     APPR. DIST#: 0770690020009
Cause No : 200951784 Suit

**Parcel Address:**  8918 DAFFODIL ST
**Print Date:**      09/25/2015      **Printed By:**  MGARCIA
**2014 Value:**      $56,645

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|------|-----------------|-----------|--------------|----------------------|-----------------|-------|
| 2008 | $54,017 | 48 | $49.93 | $65.11 | $0.00 | $115.04 |
|      | S54,017 | 61 | $345.03 | $449.92 | $0.00 | $794.95 |
| **Subtotals for 2008:** | | | **$1,363.22** | **$1,777.66** | **$0.00** | **$3,140.88** |
| 2009 | $53,764 | 1 | $621.89 | $721.39 | $0.00 | $1,343.28 |
|      | $53,764 | 40 | $210.88 | $244.62 | $0.00 | $455.50 |
|      | $53,764 | 41 | $15.71 | $18.23 | $0.00 | $33.94 |
|      | S53,764 | 42 | $8.80 | $10.21 | $0.00 | $19.01 |
|      | $53,764 | 43 | $103.31 | $119.84 | $0.00 | $223.15 |
|      | $53,764 | 44 | $3.25 | $3.77 | $0.00 | $7.02 |
|      | $53,764 | 48 | $49.58 | $57.51 | $0.00 | $107.09 |
|      | $53,764 | 61 | $343.42 | $398.37 | $0.00 | $741.79 |
| **Subtotals for 2009:** | | | **$1,356.84** | **$1,573.94** | **$0.00** | **$2,930.78** |
| 2010 | $53,719 | 1 | $621.37 | $631.31 | $0.00 | $1,252.68 |
|      | S53,719 | 40 | $208.46 | $211.79 | $0.00 | $420.25 |
|      | $53,719 | 41 | $15.70 | $15.96 | $0.00 | $31.66 |
|      | $53,719 | 42 | $11.03 | $11.21 | $0.00 | $22.24 |
|      | $53,719 | 43 | $103.23 | $104.89 | $0.00 | $208.12 |
|      | $53,719 | 44 | $3.54 | $3.60 | $0.00 | $7.14 |
|      | $53,719 | 48 | $49.54 | $50.34 | $0.00 | $99.88 |
|      | $53,719 | 61 | $343.13 | $348.62 | $0.00 | $691.75 |
| **Subtotals for 2010:** | | | **$1,356.00** | **$1,377.72** | **$0.00** | **$2,733.72** |
| 2011 | S54,101 | 1 | $625.79 | $545.69 | $0.00 | $1,171.48 |
|      | $54,101 | 40 | $211.63 | $184.54 | $0.00 | $396.17 |
|      | S54,101 | 41 | $15.20 | $13.25 | $0.00 | $28.45 |
|      | S54,101 | 42 | $10.04 | $8.75 | $0.00 | $18.79 |
|      | S54,101 | 43 | $103.96 | $90.66 | $0.00 | $194.62 |
|      | S54,101 | 44 | $3.56 | $3.10 | $0.00 | $6.66 |
|      | S54,101 | 48 | $52.60 | $45.87 | $0.00 | $98.47 |
|      | S54,101 | 61 | $345.57 | $301.34 | $0.00 | $646.91 |
| **Subtotals for 2011:** | | | **$1,368.35** | **$1,193.20** | **$0.00** | **$2,561.55** |
| 2012 | S54,101 | 1 | $625.79 | $275.35 | $0.00 | $901.14 |
|      | S54,101 | 40 | $216.52 | $95.27 | $0.00 | $311.79 |
|      | S54,101 | 41 | $15.20 | $6.69 | $0.00 | $21.89 |
|      | S54,101 | 42 | $10.56 | $4.65 | $0.00 | $15.21 |
|      | S54,101 | 43 | $98.55 | $43.36 | $0.00 | $141.91 |



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON, SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**
JOHNSON GLENN
ADDRESS UNKNOWN
UNKNOWN,   0-

**Legal Description:**
TR 5 BLK 2
HARLEM HEIGHTS

**Legal Acres:**      .1148
**Account No: 077-069-002-0009**
**As of Date:**   09/25/2015      APPR. DIST#: 0770690020009
**Cause No :**  200951784 Suit

**Parcel Address:**  8918  DAFFODIL ST
**Print  Date:**      09/25/2015      **Printed By:**  MGARCIA
**2014 Value:**      $56,645

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|------|------|------|------|------|------|------|
| 2012 | $54,101 | 44 | $3.58 | $1.58 | $0.00 | $5.16 |
|  | $54,101 | 48 | $52.57 | $23.13 | $0.00 | $75.70 |
|  | $54,101 | 61 | $345.57 | $152.05 | $0.00 | $497.62 |
| **Subtotals for 2012:** | | | **$1,368.34** | **$602.08** | **$0.00** | **$1,970.42** |
| 2013 | $55,211 | 1 | $655.19 | $382.63 | $0.00 | $1,037.82 |
|  | $55,211 | 40 | $228.88 | $133.66 | $0.00 | $362.54 |
|  | $55,211 | 41 | $15.61 | $9.12 | $0.00 | $24.73 |
|  | $55,211 | 42 | $9.47 | $5.53 | $0.00 | $15.00 |
|  | $55,211 | 43 | $93.86 | $54.82 | $0.00 | $148.68 |
|  | $55,211 | 44 | $3.51 | $2.05 | $0.00 | $5.56 |
|  | $55,211 | 48 | $53.65 | $31.33 | $0.00 | $84.98 |
|  | $55,211 | 61 | $352.66 | $205.95 | $0.00 | $558.61 |
| **Subtotals for 2013:** | | | **$1,412.83** | **$825.09** | **$0.00** | **$2,237.92** |
| 2014 | $56,645 | 1 | $677.87 | $298.26 | $0.00 | $976.13 |
|  | $56,645 | 40 | $236.39 | $104.01 | $0.00 | $340.40 |
|  | $56,645 | 41 | $15.50 | $6.82 | $0.00 | $22.32 |
|  | $56,645 | 42 | $8.67 | $3.81 | $0.00 | $12.48 |
|  | $56,645 | 43 | $96.30 | $42.37 | $0.00 | $138.67 |
|  | $56,645 | 44 | $3.40 | $1.50 | $0.00 | $4.90 |
|  | $56,645 | 48 | $60.55 | $26.64 | $0.00 | $87.19 |
|  | $56,645 | 61 | $357.48 | $157.30 | $0.00 | $514.78 |
| **Subtotals for 2014:** | | | **$1,456.16** | **$640.71** | **$0.00** | **$2,096.87** |
| **TOTAL AMOUNT DUE:** | | | **$23,589.65** | **$40,609.90** | **$394.16** | **$64,593.71** |

**Tax Unit Codes:**

1   Houston I.S.D.      40   Harris County      41   Harris County Flood Control Dist      42   Port of Houston Authority

43   Harris County Hospital District      44   Harris County Dept. of Education      48   Houston Community College System      61   City of Houston

202   Education District H.I.S.D. (HCED)

*IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.*



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON, SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**
JOHNSON GLENN
ADDRESS UNKNOWN
UNKNOWN, 0-

**Legal Description:**
TR 5 BLK 2
HARLEM HEIGHTS

**Account No: 077-069-002-0009**
As of Date: 09/25/2015    APPR. DIST#: 0770690020009
Cause No : 200951784 Suit

**Legal Acres:**    .1148
**Parcel Address:**  8918  DAFFODIL ST
**Print Date:**    09/25/2015    **Printed By:** MGARCIA
**2014 Value:**    $56,645

## Totals By Tax Unit

| Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|---|---|---|---|---|
| 1 | $10,835.75 | $18,063.02 | $0.00 | $28,898.77 |
| 40 | $3,589.99 | $6,050.98 | $220.72 | $9,861.69 |
| 41 | $393.42 | $798.36 | $37.55 | $1,229.33 |
| 42 | $155.77 | $261.64 | $9.28 | $426.69 |
| 43 | $1,655.79 | $2,786.65 | $123.91 | $4,566.35 |
| 44 | $54.38 | $89.03 | $2.70 | $146.11 |
| CW Total    40 - 44 | $5,849.35 | $9,986.66 | $394.16 | $16,230.17 |
| 48 | $760.92 | $1,191.68 | $0.00 | $1,952.60 |
| 61 | $5,959.63 | $10,714.60 | $0.00 | $16,674.23 |
| 202 | $184.00 | $653.94 | $0.00 | $837.94 |
| **TOTAL AMOUNT DUE:** | **$23,589.65** | **$40,609.90** | **$394.16** | **$64,593.71** |



STATE OF TEXAS
COUNTY OF HARRIS
I, MIKE SULLIVAN, Tax Assessor-Collector in and for Harris County, Texas, do hereby certify
this to be a true and correct copy of the records of the Harris County Tax Office, for the tax
year(s) indicated.

Witness my hand this 25th day of September, 2015.

MIKE SULLIVAN
Tax Assessor-Collector
Harris County Texas

By: _M. Vasquez_
Deputy

HC Ex. B

HARRIS NO COUNTY FEE

2015-007223
2005-4028067

20140205019
05/15/2014 RF2 $0.00

CAUSE NO. 2013-08713

| GLENN HERBERT JOHNSON, ET AL | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| | § | |
| VS. | § | 190th JUDICIAL DISTRICT |
| | § | |
| | § | |
| HARRIS COUNTY, ET AL | § | HARRIS COUNTY, TEXAS |

## ORDER VOIDING CONSTABLE'S SALE AND DEED

On the 17th day of February, 2014, came on to be heard the motion by Defendants' Joint Motion to Constable's Sale and Deed.

IT IS ORDERED, ADJUDGED and DECREED that the Constable's Sale of March 6, 2012 of the Property be VOIDED and the Deed conveying the property to Hashmet Wali recorded in the official records of the Clerk of Harris County under Clerk File No. 20120213125 be VOIDED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Tax Sale Proceeds in the sum of $55,800.00 be refunded within 45 days of the signing of this order to the Tax Sale Purchaser: Hashmet Wali c/o M. Ali Zakaria & Associates, P.C. 6161 Savoy Drive, Suite 1000, Houston, Texas 77036 as follows:

| PAYOR | AMOUNT |
| --- | --- |
| District Clerk (from Cause No. 2009-51784) | $1,004.00 |
| District Clerk (from Cause No. 2009-51784) | $6,120.15 |
| Daily Court Review | $175.00 |
| Tax Master Fee—Kelli Hamilton | $35.00 |
| Harris County Tax Office (sale proceeds) | $44,292.83 |
| Harris County Tax Office (2011 and 2012 taxes) | $3,388.02 |
| Linebarger, Goggan, Blair and Sampson(abstract fee) | $550.00 |
| Linebarger, Goggan, Blair and Sampson (deed recording fee) | $20.00 |
| Linebarger, Goggan, Blair and Sampson (service fee) | $215.00 |
| TOTAL | $55,800.00 |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED the District Clerk shall disburse the court costs paid in the sum of: $1,004.00 under Cause No. 2009-51784 (Harris County, et al vs. Glenn Johnson) to: Hashmet Wali c/o M. Ali Zakaria & Associates, P.C. 6161 Savoy Drive, Suite 1000, Houston, Texas 77036.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED the District Clerk shall disburse from the excess proceeds held in the Registry of the Court the sum of: $6,120.15 on deposit under Cause No. 2009-51784 (Harris County, et al vs. Glenn Johnson to: Hashmet Wali c/o M. Ali Zakaria & Associates, P.C. 6161 Savoy Drive, Suite 1000, Houston, Texas 77036.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED the Daily Court Review shall disburse the publication costs paid in the sum of: $175.00 under Cause No. 2009-51784 (Harris County, et al vs. Glenn Johnson) to: Hashmet Wali c/o at M. Ali Zakaria & Associates, P.C. 6161 Savoy Drive, Suite 1000, Houston, Texas 77036.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED Kelli Hamilton shall disburse the tax master fee paid in the sum of: $35.00 under Cause No. 2009-51784 (Harris County, et al vs. Glenn Johnson) to: Hashmet Wali c/o at M. Ali Zakaria & Associates, P.C. 6161 Savoy Drive, Suite 1000, Houston, Texas 77036.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED Harris County shall disburse the sale proceeds paid in the sum of: $44,292.83 under Cause No. 2009-51784 (Harris County, et al vs. Glenn Johnson) to: Hashmet Wali c/o at M. Ali Zakaria & Associates, P.C. 6161 Savoy Drive, Suite 1000, Houston, Texas 77036.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED Cross-Defendant Linebarger Goggan Blair & Sampson, LLP shall disburse the abstract fees paid in the sum of: $550.00 under Cause No. 2009-51784 (Harris County, et al vs. Glenn Johnson) to: Hashmet Wali c/o at M. Ali Zakaria & Associates, P.C. 6161 Savoy Drive, Suite 1000, Houston, Texas 77036.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED Cross-Defendant Linebarger Goggan Blair & Sampson, LLP shall disburse the deed recording fees paid in the sum of: $20.00 under Cause No. 2009-51784 (Harris County, et al vs. Glenn Johnson) to: Hashmet Wali c/o at M. Ali Zakaria & Associates, P.C. 6161 Savoy Drive, Suite 1000, Houston, Texas 77036.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED Cross-Defendant Linebarger Goggan Blair & Sampson, LLP shall disburse the service fees paid in the sum of: $215.00 under Cause No. 2009-51784 (Harris County, et al vs. Glenn Johnson) to: Hashmet Wali c/o at M. Ali Zakaria & Associates, P.C. 6161 Savoy Drive, Suite 1000, Houston, Texas 77036.

2013-08713 Order Voiding Sale Page 2

Hashmet Wali's having moved to dismiss all other claims for relief made herein other than those provided in this order, IT ISHEREBY ORDERED, ADJUDGED AND DECREED that such claims are dismissed with prejudice, and that Hashmet Wali is dismissed with prejudice as a party to this proceeding.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED Costs incurred by each part will be paid by the party incurring the same.

SIGNED this _3l_ day of _____, 20 _54_.

MAR 3 1 2014

_____
Judge Presiding

AS TO FORM & SUBSTANCE

_____
Emily K. Watkins
SBN 24052164
Attorney for Harris County, et al and
Linebarger, Goggan, Blair & Sampson
1300 Main Street, Suite 300
Houston, Texas 77002
713.422.7169 office
713.844.3529 fax

/s/ by permission
_____
Digant Jariwala
SBN 24067685
Attorney for Hashmet Wali
6161 Savoy Drive, Suite 1000
Houston, Texas 77036
713.789.7500 office
713.774.2423 fax



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 2, 2014

Certified Document Number:        60246581 Total Pages: 3

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

**RECORDER'S MEMORANDUM:**
At the time of recordation, this instrument was
found to be inadequate for the best photographic
reproduction because of illegibility, carbon or
photo copy, discolored paper, etc. All blockouts,
additions and changes were present at the time
the instrument was filed and recorded.

FILED

2014 MAY 15 AM 10: 19

*Stan Stewart*
COUNTY CLERK
HARRIS COUNTY, TEXAS

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED, in the Official Public Records of Real Property of Harris County, Texas

MAY 15 2014



*Stan Stewart*
COUNTY CLERK
HARRIS COUNTY, TEXAS

HC Ex C1

5/7/2015 9:38:02 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 5186630
By: System User, eFiling
Filed: 5/7/2015 9:38:02 AM

CAUSE NO. 2015-00723

| | | |
|---|---|---|
| GLENN HERBERT JOHNSON, Plaintiff, | § § § | IN THE DISTRICT COURT |
| v. | § § § | |
| HASHMET WALI, CHARLES BROUSSARD II, YOUSUF MUHAMMAD ZAKARIA, LYNDA THOMPSON, TEXAS EASY-SERVE, LLC, CASTILLO EXPERT TREE SERVICE, CITY OF HOUSTON, HARRIS COUNTY, HOUSTON INDEPENDENT SCHOOL DISTRICT, HOUSTON COMMUNITY COLLEGE SYSTEM, PORT OF HOUSTON AUTHORITY, HARRIS COUNTY FLOOD CONTROL DISTRICT, HARRIS COUNTY HOSPTIAL DISTRICT, LINEBARGER, GOGGAN, BLAIR & SAMPSON, LLP, EMILY KING WATKINS, and ANTHONY W. NIMS, Defendants. | § § § § § § § § § § § § § § § § § § § | OF HARRIS COUNTY, TEXAS 190th JUDICIAL DISTRICT |

## ORDER ON DEFENDANTS' PLEA TO THE JURISDICTION AND SPECIAL EXCEPTIONS

After considering the Plea to the Jurisdiction and Special Exceptions filed by Defendants, City of Houston, Harris County, Houston Independent School District, Houston Community College System, Port of Houston Authority of Harris County, Harris County Flood Control District and Harris County Hospital District (collectively, "Defendants"), the response (if any), and the arguments of counsel (if any), the Court:

___✓__ FINDS that, in regard to the claims and causes of action filed by Glenn Herbert Johnson ("Plaintiff"), the Defendants did not operate or use a motor-driven vehicle or motor-driven equipment;

---

Order on Defendants' Plea to the Jurisdiction and Special Exceptions          Page 1 of 2

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

For Official Governmental Use Only - Do Not Disseminate to the Public: 66153675 - Page 1 of 2

For Official Governmental Use Only - Do Not Disseminate to the Public: 66153675 - Page 2 of 2

___X___ FINDS that the Defendants have Governmental immunity, and therefore this Honorable Court lacks subject-matter jurisdiction over the claims and causes of action filed by Glenn Herbert Johnson ("Plaintiff") against the Defendants;

___X___ SUSTAINS Defendants' Special Exception No. 1;

___X___ SUSTAINS Defendants' Special Exception No. 2;

___X___ SUSTAINS Defendants' Special Exception No. 3;

___X___ SUSTAINS Defendants' Special Exception No. 4;

___X___ SUSTAINS Defendants' Special Exception No. 5;

___X___ SUSTAINS Defendants' Special Exception No. 6;

___X___ SUSTAINS Defendants' Special Exception No. 7;

___X___ FINDS that the pleading defects identified in Special Exceptions No. 1 through 3 are incurable;

___X___ DISMISSES, in their entirety and with prejudice to refiling, all of the Plaintiff's claims and causes of action against the Defendants; and

___X___ ASSESSES costs against Plaintiff.

SIGNED on this the ___9___ day of ___July___, 2015.

_____
JUDGE PRESIDING

Order on Defendants' Plea to the Jurisdiction and Special Exceptions                Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   July 10, 2015

Certified Document Number:        66153675 Total Pages: 2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**



CAUSE NO. 2015-00723

| | | |
|---|---|---|
| GLENN HERBERT JOHNSON, | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| HASHMET WALI, ET. AL., | § | |
| Defendants. | § | 190th JUDICIAL DISTRICT |

FILED
Chris Daniel
District Clerk
AUG 17 2015
Harris County, Texas
Time:
By

## ORDER ON THE LINEBARGER DEFENDANTS' PLEA TO THE JURISDICTION AND SPECIAL EXCPETIONS TO PLAINTIFF'S ORIGINAL PETITION

After considering the Plea to the Jurisdiction and Special Exceptions filed by Linebarger Goggan Blair & Sampson, LLP, Emily King Watkins and Anthony W. Nims (collectively, the "Linebarger Defendants"), the response (if any), and the arguments of counsel (if any), the Court:

____✓ FINDS that, in regard to the claims and causes of action filed by Glenn Herbert Johnson ("Plaintiff"), the Linebarger Defendants did not operate or use a motor-driven vehicle or motor-driven equipment;

____✓ FINDS that the Linebarger Defendants have attorney and governmental immunity, and therefore this Honorable Court lacks subject-matter jurisdiction over the claims and causes of action filed by Glenn Herbert Johnson ("Plaintiff") against the Linebarger Defendants;

____✓ SUSTAINS the Linebarger Defendants' Special Exception No. 1;

____✓ SUSTAINS the Linebarger Defendants' Special Exception No. 2;

____✓ SUSTAINS the Linebarger Defendants' Special Exception No. 3;

____✓ SUSTAINS the Linebarger Defendants' Special Exception No. 4;

____✓ SUSTAINS the Linebarger Defendants' Special Exception No. 5;

---

Order on the Linebarger Defendants' Plea to the Jurisdiction and Special Exceptions          Page 1 of 2

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

For Official Governmental Use Only – Do Not Disseminate to the Public: 66652727 – Page 1 of 2

_✓_ SUSTAINS the Linebarger Defendants' Special Exception No. 6;

_✓_ SUSTAINS the Linebarger Defendants' Special Exception No. 7;

_✓_ FINDS that the pleading defects identified in Special Exceptions No. 1 through 3 are incurable; *striking the pleading.*

_✓_ DISMISSES, in their entirety and with prejudice to refiling, all of the Plaintiff's claims and causes of action against Linebarger Goggan Blair & Sampson, LLP, Emily King Watkins and Anthony W. Nims; and

~~_✓_ ASSESSES Costs against Plaintiff.~~ *These defendants are entitled to recover their costs in any final judgment.*

SIGNED on this the __17th__ day of __Aug.__, 2015.

_____
JUDGE PRESIDING

For Official Governmental Use Only - Do Not Disseminate to the Public: 66652727 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   September 30, 2015

Certified Document Number:      66652727 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**



5/7/2015 9:42:32 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 5186739
By: System User, eFiling
Filed: 5/7/2015 9:42:32 AM

CAUSE NO. 2015-02806

| | | |
|---|---|---|
| GLENN HERBERT JOHNSON, | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| CITY OF HOUSTON, HARRIS COUNTY, | § | |
| HOUSTON INDEPENDENT SCHOOL | § | |
| DISTRICT, HOUSTON COMMUNITY | § | OF HARRIS COUNTY, TEXAS |
| COLLEGE SYSTEM, PORT OF | § | |
| HOUSTON AUTHORITY, HARRIS | § | |
| COUNTY FLOOD CONTROL DISTRICT, | § | |
| and HARRIS COUNTY HOSPTIAL | § | |
| DISTRICT, | § | |
| Defendants. | § | 190th JUDICIAL DISTRICT |

### ORDER ON DEFENDANTS' PLEA TO THE JURISDICTION AND SPECIAL EXCEPTIONS

After considering the Plea to the Jurisdiction and Special Exceptions filed by Defendants, City of Houston, Harris County, Houston Independent School District, Houston Community College System, Port of Houston Authority of Harris County, Harris County Flood Control District and Harris County Hospital District (collectively, "Defendants"), the response (if any), and the arguments of counsel (if any), the Court:

_X__ FINDS that, in regard to the claims and causes of action filed by Glenn Herbert Johnson ("Plaintiff"), the Defendants did not operate or use a motor-driven vehicle or motor-driven equipment;

_A__ FINDS that the Defendants have Governmental immunity, and therefore this Honorable Court lacks subject-matter jurisdiction over the claims and causes of action filed by Glenn Herbert Johnson ("Plaintiff") against the Defendants;

_X__ SUSTAINS Defendants' Special Exception No. 1;

_X__ SUSTAINS Defendants' Special Exception No. 2;

PC

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Order on Defendants Plea to the Jurisdiction and Special Exceptions                Page 1 of 2

For Official Governmental Use Only - Do Not Disseminate to the Public: 66153676 - Page 1 of 2

_____ SUSTAINS Defendants' Special Exception No. 3;

_____ SUSTAINS Defendants' Special Exception No. 4;

_____ SUSTAINS Defendants' Special Exception No. 5;

_____ SUSTAINS Defendants' Special Exception No. 6;

_____ FINDS that the pleading defects identified in the sustained Special Exception No. 1 is incurable;

_____ DISMISSES, in their entirety and with prejudice to refiling, all of the Plaintiff's claims and causes of action against the Defendants; and

_____ ASSESSES costs against Plaintiff.

SIGNED on this the _____ day of _____, 2015.

_____
JUDGE PRESIDING

For Official Governmental Use Only - Do Not Disseminate to the Public: 66153676 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   July 10, 2015

Certified Document Number:      66153676 Total Pages:  2

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS      .

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Name and Address of Sender

Linebarger Goggan Blair & Sampson, LLP
4828 Loop Central Dr., Ste. 600
Houston, TX 77081

Affix Stamp Here

(If issued as a
certificate of mailing
or for additional
copies of this bill)

Postmark and
Date of Receipt



| Line | Article Number | | Addressee (Name, Street, City, State, & ZIP Code) |
|---|---|---|---|
| 1 | 71901233802100270314 | Case 0785188 | Forsyth Trucklines LLC, Jeffrey Forsyth, 17703 Paint Bluth Ln., Cypress, TX, 77433 |
| 2 | 71901233802100270321 | Case 0785188b | Forsyth Trucklines LLC, Jeffrey Forsyth, 12506 Windfern Rd, Houston, TX, 77064 |
| 3 | 71901233802100269653 | Case 0868214 | WILLOWBROOK THEATRE 24, AMERICAN MULTI-CINEMA INC, 11500 Ash St, Leawood, KS, 66211 |
| 4 | 71901233802100269660 | Case 0868214B | WILLOWBROOK THEATRE 24, AMERICAN MULTI-CINEMA INC, 17145 State Highway 249, Houston, TX, 77064 |
| 5 | 71901233802100273285 | Case 15-11522 | Prime Clerk LLC, , 830 3rd Ave, New York, NY, 10022 |
| 6 | 71901233802100273186 | Case 200951784-2ND AM. NOTICE | Glenn Herbert Johnson, 8926 Daffodil St, 8926 Daffodil St, Houston, TX, 77063 |
| 7 | 71901233802100273193 | Case 200951784-2ND AM NOTICE | Glenn Herbert Johnson, 8926 Daffodil Street, 8926 Daffodil St, Houston, TX, 77063 |
| 8 | 71901233802100273209 | Case 200951784-2ND AM. NOTICE | Earth Engineering, Inc., Mohammed A. Shihadeh, Registered Ag, 4877 Langfield Rd, Houston, TX, 77040 |
| 9 | 71901233802100273216 | Case 200951784-2ND AM. NOTICE | Earth Engineering, Inc., Mohammed A. Shihadeh, Registered Ag, 4877 Langfield Rd, Houston, TX, 77040 |
| 10 | 71901233802100269745 | Case 201311162 | Sherry A. Norris McGlory, AKA Sherry Norris McGlory (In Rem O, 5810 Foresthaven Dr, Aka Sherry Norris Mcglory In Rem Only, Houston, TX, 77066 |
| 11 | 71901233802100269752 | Case 201311162 | Edwinna Norris, AKA Edwina Norris Wilks (In Rem Onl, 1510 Bland St, Aka Edwina Norris Wilks In Rem Only, Houston, TX, 77091 |
| 12 | 71901233802100269769 | Case 201311162 | Adolph Matthews, AKA Adolph Henry Matthews (In Rem O, 1923 Deams St, Aka Adolph Henry Matthews In Rem Only, Houston, TX, 77093 |
| 13 | 71901233802100269776 | Case 201311162 | Alvin Matthews, AKA Alvin William Matthews (In Rem, 1415 W Gulf Bank Rd, Aka Alvin William Matthews In Rem Only, Houston, TX, 77088 |
| 14 | 71901233802100269783 | Case 201311162 | Andrea Matthews, AKA Andre Charles Matthews (In Rem, 630 E 37th St, Aka Andre Charles Matthews In Rem Only, Houston, TX, 77022 |
| 15 | 71901233802100269790 | Case 201311162 | Reyna Matthews, AKA Arina Jean Osuji (In Rem Only), 1101 S 7th St, Aka Arina Jean Osuji In Rem Only, Conroe, TX, 77301 |
| 16 | 71901233802100269806 | Case 201311162 | Alton Matthews, AKA Alton William Matthews (In Rem, 14311 Barn Red Ct, Aka Alton William Matthews In Rem Only, Cypress, TX, 77429 |
| 17 | 71901233802100269813 | Case 201311162 | Anita Matthews, AKA Anita Jean Matthews Cleveland (, 630 E 37th St, Aka Anita Jean Matthews Cleveland In Rem Only, Houston, TX, 77022 |
| 18 | 71901233802100269820 | Case 201311162 | Terrell Holiday, AKA Terrell Johnson Holiday (In Rem, 1519 W Donovan St, Aka Terrell Johnson Holiday In Rem Only, Houston, TX, 77091 |
| 19 | 71901233802100269837 | Case 201311162 | Johnny W. LaBum, AKA Johnny Wayne LaBum (In Rem Only, 6835 Cloud Swept Ln, Aka Johnny Wayne Labum In Rem Only, Houston, TX, 77086 |
| 20 | 71901233802100269844 | Case 201311162 | Jonathan D. LaBum, AKA Jonathan Dwayne LaBum (In Rem O, 6835 Cloud Swept Ln, Aka Jonathan Dwayne Labum In Rem Only, Houston, TX, 77086 |
| 21 | 71901233802100269851 | Case 201311162 | State of Texas Comptroller of Publi, Greg Abbott, Attorney General, 300 W 15th St, Greg Abbott, Attorney General, Austin, TX, 78701 |
| 22 | 71901233802100269868 | Case 201311162 | State of Texas Comptroller of Publi, Greg Abbott, Attorney General By de, 209 W 14th St, Greg Abbott, Attorney General By Delivering To: D, Austin, TX, 78701 |
| 23 | 71901233802100269875 | Case 201311162 | State of Texas Texas Workforce Comm, J Ferris Duhon, Legal Counsel, 101 E 15th St, J Ferris Duhon, Legal Counsel, Austin, TX, 78778 |
| 24 | 71901233802100269882 | Case 201311162 | State of Texas Texas Workforce Comm, Paul N. Jones, General Counsel By d, 101 E 15th St, Paul N. Jones, General Counsel By Delivering To:, Austin, TX, 78701 |
| 25 | 71901233802100269899 | Case 201311162 | United States of America Kenneth Ma, Texas By delivering to: Pamela And, 1000 Louisiana St, Texas By Delivering To: Pamela Anderson, Houston, TX, 77002 |
| 26 | 71901233802100269721 | Case 201358406 | AP Partners Corporation, Michael B. Bell Registered Agent, 5271 Memorial Dr, Houston, TX, 77007 |
| 27 | 71901233802100273315 | Case 201422965 | Angela D. Johnson, Attorney at Law, 15201 East Fwy, Attorney At Law, Channelview, TX, 77530 |

| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of reciving employee) |
|---|---|---|
| 385 | | |

4/25/2014 2:06:57 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 1093351
By: WILLIAMS, CAROL

CAUSE NO. 2013-08713

| | | |
|---|---|---|
| GLENN HERBERT JOHNSON | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 190TH JUDICIAL DISTRICT |
| | § | |
| HARRIS COUNTY, ET AL | § | HARRIS COUNTY, TEXAS |

## FINAL ORDER REINSTATING CAUSE NO. 2009-51784

Plaintiff Glenn Herbert Johnson filed a Bill of Review challenging the entry of a Default Judgment in Cause No. 2009-51784. The Plaintiff Taxing Jurisdictions having conceded that Glenn Herbert Johnson was not properly served in the matter, the Court entered its Order finding that the Default Judgment was void as a matter of Law on November 15, 2013. Thereafter, on March 31, 2014, the Court entered the Order Voiding Constable's Sale and Deed which declared the tax sale resulting from the Default Judgment to be void and further ordering that the purchaser's purchase money be refunded.

Said judgment and sale having been voided by the earlier orders of the Court, it is therefore ORDERED, ADJUDGED AND DECREED that Cause Number 2009-51784 is hereby reinstated and is to be placed on the court's ready docket.

It is further ORDERED, ADJUDGED AND DECREED that other any other relief requested by any of the parties is hereby denied.

This Order finally disposes of all parties and claims and is appealable.

Signed this _15_ day of _May_____, 20 _14_.

_____
PRESIDING JUDGE

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

| HARRIS COUNTY, ET AL | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 190TH JUDICIAL DISTRICT |
| | § | |
| GLENN HERBERT JOHNSON, ET AL | § | HARRIS COUNTY, TEXAS |

## MASTER IN CHANCERY'S REPORT TO THE DISTRICT COURT

The Master in Chancery appointed in this case reports to the District Court that a **FINAL JUDGMENT** should be **GRANTED / DENIED** in this case on the basis of the record.

Signed on this the _____ day of _____SEP 3 0 2015_____, 20_____.

Respectfully submitted,

_____
Master in Chancery
Harris County, Texas

F I L E D
Chris Daniel
District Clerk

SEP 3 0 2015

Time:_____

Harris County, Texas

_____
Deputy

| HARRIS COUNTY, ET AL | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 190TH JUDICIAL DISTRICT |
| | § | |
| GLENN HERBERT JOHNSON, ET AL | § | HARRIS COUNTY, TEXAS |

## MASTER'S REPORT

HEARING DATE: September 30, 2015                    Tax Master Fee: $35.00

The Master finds that all parties were properly cited and notified of this trial setting. Evidence reflecting the following was admitted and is attached hereto. Based on such evidence, the Master finds as follows:

ACCOUNT NUMBER: 0770690020009          ADJUDGED MARKET VALUE: $56,645.00

| | Tax Years | Delinquent Base Tax | Penalty & Interest | 33.48 Atty Fees | Research Fee | Total |
|---|---|---|---|---|---|---|
| HARRIS COUNTY | 1989 - 2014 | $5,849.35 | $9,986.66 | $394.16 | $.00 | $16,230.17 |
| CITY OF HOUSTON | 1989 - 2014 | $5,959.63 | $10,714.60 | $.00 | $.00 | $16,674.23 |
| HOUSTON ISD | 1989 - 2014 | $11,019.75 | $18,716.96 | $.00 | $.00 | $29,736.71 |
| HCCS | 1989 - 2014 | $760.92 | $1,191.68 | $.00 | $.00 | $1,952.60 |

TO ALL PARTIES: This constitutes notice under section 33.72 (c) of the Texas Property Tax Code of your right to appeal the master's ruling to the judge of the referring court in this case. In order to do so you must follow the deadlines and other applicable requirements set out in the Property Tax Code.

SIGNED this _____ day of _____ SEP 3 0 2015 _____, 20 _____.

_____
Master

FILED
Chris Daniel
District Clerk

SEP 30 2015
Time:_____
Harris County, Texas
by_____
Deputy

JWEB   INT   65.10   CIVIL SYSTEM│CIVIL CASE INTAKE│GENERAL PARTY INQUIRY INT65.10    GILMORE, DUANE    NOVEMBER 25, 2015

**(11) CONNECTION(S) FOUND.**

| CASE NUM: | 200951784 | PJN: | | TRANS NUM: | | CURRENT COURT: | 190 | PUB: | Please Select |

| CASE TYPE: | **TAX DELINQUENCY** | | CASE STATUS: | **DISPOSED (FINAL)** |

| STYLE: | **HARRIS COUNTY, ET AL** | VS | **JOHNSON, GLENN (AKA GLENN HERBERT JO** |

**** INACTIVE PARTIES ****

| | PJN | PER/CONN | COC | BAR | PERSON NAME | PTY STAT | ASSOC. |
|---|---|---|---|---|---|---|---|
| ☐ | | 00011 - 0001 | AGT | | EARTH ENGINEERING INC (IN REM ONLY) BY SEI | | ATTY |
| ☐ | | 00010 - 0001 | DEF | | EARTH ENGINEERING INC (IN REM ONLY) | D | |
| ☐ | | 00009 - 0001 | PLT | 99999930 | HARRIS COUNTY HOSPITAL DISTRICT | | LINEBARGER, GOGGAN BLAIR & |
| ☐ | | 00008 - 0001 | PLT | 99999930 | HARRIS COUNTY FLOOD CONTROL DISTRICT | | LINEBARGER, GOGGAN BLAIR & |
| ☐ | | 00007 - 0001 | PLT | 99999930 | PORT OF HOUSTON AUTHORITY | | LINEBARGER, GOGGAN BLAIR & |
| ☐ | | 00006 - 0001 | PLT | 99999930 | HARRIS COUNTY DEPARTMENT OF EDUCATION | | LINEBARGER, GOGGAN BLAIR & |
| ☐ | | 00005 - 0001 | PLT | 99999930 | HOUSTON COMMUNITY COLLEGE SYSTEM | | LINEBARGER, GOGGAN BLAIR & |
| ☐ | | 00004 - 0001 | PLT | 99999930 | HOUSTON INDEPENDENT SCHOOL DISTRICT | | LINEBARGER, GOGGAN BLAIR & |
| ☐ | | 00003 - 0001 | PLT | 99999930 | CITY OF HOUSTON | | LINEBARGER, GOGGAN BLAIR & |
| ☐ | | 00002 - 0001 | DEF | | JOHNSON, GLENN (AKA GLENN HERBERT JOHN! | | PRO-SE |
| ☐ | | 00001 - 0001 | PLT | 99999930 | HARRIS COUNTY | | LINEBARGER, GOGGAN BLAIR & |

| Submit Query | 1 | Total Pages | **Submit Query** | **Submit Query** | 1 | **Submit Query** | **Submit Query** | Records Per-Page | 20 |

| ATY INQ | ACT UPDT | SERV ISSU | DOCU INQ | CASE SUMM INQ | PTY ADDR |
| ATY SUB | MUL ATY SUB | ATY W/DRAWL | PTY W/DRAWL | | |